No. 00–6152. CALDWELL v. UNITED STATES. C. A. 8th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Apprendi* v. *New Jersey*, 530 U. S. 466 (2000).

No. 00–6509. JAMES v. SOUTH CAROLINA. Sup. Ct. S. C. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.

No. 00A419. NEVIUS v. MCDANIEL, WARDEN, ET AL. Application for certificate of appealability, addressed to JUSTICE STEVENS and referred to the Court, denied.

No. 99–1613. SHAW ET AL. v. MURPHY. C. A. 9th Cir. [Certiorari granted, 530 U. S. 1303.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 00–24. PGA TOUR, INC. v. MARTIN. C. A. 9th Cir. [Certiorari granted, 530 U. S. 1306.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 00–46. MURPHY v. BECK, SUCCESSOR AGENT FOR SOUTHEAST BANK, N. A. C. A. 11th Cir. [Certiorari granted, 530 U. S. 1306.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 99–1908. ALEXANDER, DIRECTOR, ALABAMA DEPARTMENT OF PUBLIC SAFETY, ET AL. v. SANDOVAL, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, ET AL. C. A. 11th Cir. [Certiorari granted, 530 U. S. 1305.] Motion of the Solicitor General for divided argument granted.